UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MONTEROSO AGUSTIN,<br><br>                Petitioner,<br><br>v.<br><br>FERETI SEMAIA et al.,<br><br>                Respondents. | Case No. 5:25-cv-02788-SRM-JDE<br><br>**ORDER ALLOWING PETITIONER TO FILE A REPLY TO RESPONDENTS' OPPOSITION BY 3:00 PM PDT ON OCTOBER 27, 2025** |

October 21, 2025, Petitioner José Monteroso Agustín filed a Petition for Writ of Habeas Corpus, Dkt. 1, followed by a First *Ex Parte* Application for Temporary Restraining Order, Dkt. 3. On October 22, 2025, Respondents filed an Opposition to the *Ex Parte* Application. Dkt. 6. The Court hereby **ORDERS** that Petitioner may file a reply to Respondents' Opposition by 3:00 PM PDT on October 27, 2025.

**IT IS SO ORDERED.**

Dated: 10/24/2025

                                              HON. SERENA R. MURILLO
                                              UNITED STATES DISTRICT JUDGE