UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE MONTEROSO AGUSTIN,

                    Petitioner,

        v.

FERETI SEMAIA, et al.,

                    Respondents.

Case No. 5:25-cv-02788-SRM-JDE

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. 1, the Answer to the Petition, Dkt. 18, and the Report and Recommendation of the United States Magistrate Judge, Dkt. 20. No party filed objections to the Report and Recommendation. The Court thus accepts the Magistrate Judge's findings and conclusions. The Petition for Writ of Habeas Corpus is **DISMISSED AS MOOT AND WITHOUT PREJUDICE**. A separate judgment will issue.

        The Court's prior orders to show cause issued on November 10 and 25, 2025, are **DISCHARGED**. *See* Dkts. 10 at 20, 14 at 4.

        **IT IS SO ORDERED.**

 Dated: May 12, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-