JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE MONTEROSO AGUSTIN,

     Petitioner,

  v.

FERETI SEMAIA, et al.,

     Respondents.

Case No. 5:25-cv-02788-SRM-JDE

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, this action is **DISMISSED AS MOOT AND WITHOUT PREJUDICE**.

  **IT IS SO ORDERED.**

Dated: May 12, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-